# EXHIBIT A

```
001026 02 SP 0.650  **SNGLP  T5 0 1291 27527-332284   -C01 -CR   -P01027-I
```



ROBERT M MOORE
484 MANCHESTOR TRL
CLAYTON, NC 27527-3322

**PHH MORTGAGE**

PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel NJ 08054

Tel 877-744-2506  
Fax 856-917-8300

February 21, 2019

Robert M Moore  
484 Manchestor Trl  
Clayton NC 27527

Loan Number:  
Property Address:  
2227 Blue Harbor Dr  
Fort Wayne IN 46804

PAYMENT REMINDER NOTICE

Dear Customer(s):

As your Case Manager I, ARGOJEET GANGULY remain committed to working with you. Please contact me with any questions that you have regarding your account or the information contained within this letter. My direct contact number is 877-744-2506, extension 80202. If you cannot reach me and do not wish to leave a message, you may press 0 and another Case Manager will assist you.

PLEASE NOTE THE FOLLOWING IMPORTANT COMMUNICATION REGARDING YOUR ACCOUNT.

Your mortgage payments are past due, which puts you in default of your loan agreement. If you have recently mailed your payments, please disregard this letter. As of the date of this letter, you owe the following:

* Number of months past due: 117
* Total monthly payments due: $ 180,895.59
* Accumulated late charges: $ 1,500.75
* Total amount due: $ 182,396.34

It is possible that in addition to the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that were paid on your behalf or advanced to your account. You may contact the Collection department to obtain updated payment information at 800-330-0423.

For the easiest and most convenient way to make your payment, take advantage of our online payment service on our website or our pay by phone service at 877-PAY-EASE. Otherwise, please take a moment and mail it today.

In addition, the Department of Housing and Urban Development (HUD) has established the Housing Counseling Clearinghouse (HCC) for financially distressed borrowers to call for information concerning HUD approved housing counseling agencies. The HCC operates a toll free 24-hour number that provides homeowner referrals to local housing counseling agencies. The phone number is 1-800-569-4287 or TDD 1-800-877-8339. Information is also available on HUD's website that can be found on the internet at www.hud.gov/offices/hsg/sfh/hcc/hcc_home.cfm.

*Log in to MortgageQuestions.com --- your servicing website connection.*

**PHH MORTGAGE**

PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel NJ 08054

Tel 877-744-2506  
Fax 856-917-8300

As always, we value your business and would appreciate your attention to this matter.

Sincerely,

ARGOJEET   GANGULY  
Case Manager

If you have any questions, please contact our office at the number provided above between the hours of 8:00am - 8:00pm EST Monday through Friday.

Esta carta contiene informacion importante sobre su cuenta y podria requerir su atencion.  Si tiene alguna pregunta y desea hablar en espanol con un empleado, sirvase comunicarse con nosotros al 877-744-2506 durante nuestras horas de oficina normales.  Nosotros tenemos representantes cuales hablan en Espanol.  Estos representantes estan disponibles las horas de la Lunes a Viernes 8:00am a 8:00pm EST.  
XC132 CPI

*Log in to MortgageQuestions.com --- your servicing website connection.*

**PHH MORTGAGE**

PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel NJ 08054

Tel 877-744-2506  
Fax 856-917-8300

```
************************************************************************
*   Servicemember Civil  *  U.S. Department Of Housing  *  OMB Approval    *
*   Relief Act Notice    *  and Urban Development       *  2502-0584       *
*   Disclosure           *  Office of Housing           *  Exp: 03/31/2021 *
************************************************************************
```

LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. Sec. 501-597b) (SCRA).

WHO MAY BE ENTITLED TO LEGAL PROTECTIONS UNDER THE SCRA?

* Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard)

* Reserve and National Guard personnel who have been activated and or on Federal active duty

* National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.

* Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.

* Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

WHAT LEGAL PROTECTIONS ARE SERVICEMEMBERS ENTITLED TO UNDER THE SCRA?

* The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

* The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

* The SCRA contains many other protections besides those applicable to home loans.

HOW DOES A SERVICEMEMBER OR DEPENDENT REQUEST RELIEF UNDER THE SCRA?

* In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.  PHH

*Log in to MortgageQuestions.com --- your servicing website connection.*

**PHH MORTGAGE**

PHH Mortgage Services　　　　　　　　　　　　　　　　　　　Tel 877-744-2506
1 Mortgage Way　　　　　　　　　　　　　　　　　　　　　　Fax 856-917-8300
Mt. Laurel NJ 08054

Mortgage Services, 1 Mortgage Way, Mt. Laurel, NJ  08054, ATTN: mailstop: SV13.

\* There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate.  Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

HOW DOES A SERVICEMEMBER OR DEPENDENT OBTAIN INFORMATION ABOUT THE SCRA?

\* Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

\* "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

Important Messages

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

For Borrowers in Active Bankruptcy or Who Have Received Discharge:  To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Requests for Information and Notices of Error, including Qualified Written Requests

If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
Post Office Box 66002
Lawrenceville, NJ 08648

*Log in to MortgageQuestions.com --- your servicing website connection.*